FILED

**TORY M. PANKOPF, ESQ., SBN 202581**
**TORY M. PANKOPF, LTD.**
**611 Sierra Rose Drive**
**Reno, Nevada 89511**
tppankopf@sbcglobal.net
530/725-8263
Attorneys for Defendant and Counterclaimant,
WES JOHNSON

2009 MAR 27 PM 2:00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ____________

BY FAX

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JP MORGAN CHASE BANK, N.A.,

Plaintiff,

vs.

WES W. JOHNSON, and DOES 1 -5,

Defendant(s).

WES JOHNSON, an individual,

Counterclaimants,

vs.

JP MORGAN CHASE BANK N.A., and ZOES 1 through 10, inclusive,

Counter-defendant(s).

CASE NO: CV09-2145 DSF (Ex)

**VERIFIED COUNTERCLAIM**

1. **Violations of Fair Credit Reporting Act (15 U.S.C. 1681s-2)**
2. **Violations of Fair Debt Collection Practices Act (15 U.S.C. 1692 et. seq.)**
3. **Violations of Truth in Lending Act (15 U.S.C. 1635 et. seq.)**
4. **Violations of the Rosenthal Fair Debt Collection Practices Act (C.C.C. 1788 et. seq.)**
5. **Breach of Contract**
6. **Breach of the Covenant of Fair Dealing**
7. **Abuse of Process**
8. **Invasion of Privacy**
9. **Tort in Se**
10. **Intentional Infliction of Emotional Distress**
11. **Negligent Infliction of Emotional Distress**
12. **Unfair Business Practices (C. Bus. & Prof. Code 17200 et. seq.)**
13. **Quiet Title**
14. **Injunctive Relief**

**DEMAND FOR JURY TRIAL**

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

1. Counterclaimant WES JOHNSON (hereinafter "Counterclaimant" or "Johnson"), by and through his attorney, Tory M. Pankopf of the Law Offices of TORY M. PANKOPF, complains against Counter-defendants JP MORGAN CHASE BANK, INC., aka JP MORGAN CHASE BANK N.A., a New York Corporation, and ZOES 1 through 10, inclusive, ("Counter-defendants").

**JURISDICTION AND VENUE**

2. Jurisdiction is vested in this court under 28 U.S.C. § 1331 for violations of the Fair Credit Reporting Act ("FCRA"), as amended, including 15 U.S.C. § 1681s-2, Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. 1692 et. seq., and the Truth in Lending Act ("TILA") 15 U.S.C. 1631 et. seq., including, but not limited to, 15 U.S.C. § 1635 and 12 C.F.R. 226.23.

3. Jurisdiction is vested in the state causes of action pursuant to 28 U.S.C. § 1367.

4. Venue is proper in the Central District of California under 28 U.S.C. § 1391(b). The real property that is the subject of this dispute is situated in San Luis Obispo County, California and the mortgage loan that is the also the subject of this dispute was entered into in San Luis Obispo County.

**PARTIES**

5. Johnson is an individual who is a citizen of the State of California.

6. Counter-defendant JP MORGAN CHASE BANK, INC. ("CHASE"), aka JP MORGAN CHASE BANK N.A., is a New York Corporation, with its principle place of business located in the State of New York.

7. At all relevant times mentioned here, Counter-defendant and ZOES 1 through 10, were the agent, employee, alter ego, and/or co-conspirator of each of the remaining counter-defendants, and in doing the things alleged here, were acting in the course and scope of that agency employment and/or conspiracy and with the consent of each of their co-defendants.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

8. Johnson is ignorant of the true names and capacities of Counter-defendants sued hereunder as ZOES 1 through 10, inclusive, and therefore sues such counter-defendants by fictitious names. Johnson will amend this counterclaim to identify any counter-defendants by their true names and capacities when and if Johnson has ascertained them. Johnson is informed and believe, and thereon allege, that each of the fictitiously named counter-defendants is tortiously or otherwise legally responsible in some manner for the occurrences herein alleged, and that Johnson's damages were proximately caused thereby.

**GENERAL ALLEGATIONS OF FACT**

9. This counterclaim arises out of, among other things, the Counter-defendant and ZOES 1 through 10 violations of TILA, the FDCPA, the RFDCPA, the FCRA, and California's unfair or unlawful business practices law.

10. Johnson is the owner real property located at 109 Erna Way, Pismo Beach, California ("Property"). At the time Johnson applied for the Loan and at the time the Loan closed, the Property was Johnson's primary residence. On or about January 2006, Johnson obtained a first mortgage ("Loan") on the Property from United Security Financial ("USF").

11. On or about June 16, 2008, USF sold the Loan to Washington Mutual Securities Corporation ("WAMU").

12. On December 19, 2008, Johnson notified WAMU and Quality Loan Service Corporation ("QLS")[1] that he was rescinding the Loan pursuant to TILA ("Notice"). Pursuant to TILA, notice of rescission of the Loan automatically voids the deed of trust.

13. Despite knowing that the deed of trust securing the Loan was void or responding to Johnson's Notice, WAMU and QLS knowingly conducted a fraudulent foreclosure sale on or about January 7, 2009.

14. On or about January 12, 2009, WAMU fraudulently transferred the Property to CHASE.

[1] QLS is the agent for WAMU. QLS acted as trustee who knowingly conducted the fraudulent foreclosure sale pursuant to the void deed of trust.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

15. On or about January 14, 2009, Johnson and his parents received a 3 day notice to quit from attorney, John R. Endres ("Endres") and the Endres Law Firm ("Endres Firm")[2].

16. On or about January 21, 2009, Endres, the Endres Firm, and QLS were notified that Johnson was represented by legal counsel, all further communications were to be directed to Johnson's legal counsel, to stop all collection actions, the Loan had been rescinded, the deed of trust was void, and that the foreclosure sale was fraudulent. Regardless of receiving this notice from Johnson's attorney, Endres never responded to his notification and proceeded to file an unlawful detainer action against Johnson and his parents. Furthermore, in violation of his ethical obligations as a California licensed attorney, Endres communicated directly with Johnson and did not direct any communication to Johnson's to his legal counsel.

17. Endres, the Endres Firm, and QLS are consumer debt collectors whose principles are WAMU and CHASE.

18. CHASE is a furnisher of information to credit reporting agencies ("CRAs").

19. Despite receiving notice, Endres, the Endres Firm, and QLS continued with their collection efforts by, among other things, fraudulently foreclosing on the Property and filing an unlawful detainer action.

20. CHASE has knowingly furnished inaccurate information to the CRAs regarding the Loan and the Property.

21. Johnson has notified the CRAs that he was disputing the information being reported by WAMU and CHASE.

22. The CRAs have notified WAMU and CHASE that the information they were reporting is being disputed by Johnson.

23. WAMU and CHASE negligently and willfully failed to investigate the disputed information.

24. Contemporaneously with the events alleged in this counterclaim CHASE acquired, purchased, or merged with WAMU.

[2] Endres and the Endres Firm were retained by WAMU, CHASE, and/or QLS to evict Johnson and take possession of the Property.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

**THE FIRST CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**VIOLATION OF 15 U.S.C. 1681s-2**

25. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 24, as if fully alleged herein.

26. WAMU and CHASE have negligently and willfully violated the FCRA.

27. As a direct and proximate cause of their violations, Johnson has suffered general and special damages according to proof at time of trial.

28. Johnson is entitled to recover his actual damages, punitive damages, reasonable costs, and attorney's fees.

**THE SECOND CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**VIOLATION OF 15 U.S.C. 1692 et. seq.**

29. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 28, as if fully alleged herein.

30. Counter-defendants have negligently and willfully violated the FDCPA.

31. As a direct and proximate cause of their violations, Johnson has suffered general and special damages according to proof at time of trial.

32. Johnson is entitled to recover his actual damages, punitive damages, reasonable costs, and attorney's fees.

**THE THIRD CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**VIOLATION OF 15 U.S.C. 1631 et. seq.**

33. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 32 as if fully alleged herein.

34. CHASE has negligently and willfully violated TILA.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

35. As a direct and proximate cause of their violations, Johnson has suffered general and special damages according to proof at time of trial.

36. Johnson is entitled to recover his actual damages, punitive damages, reasonable costs, and attorney's fees.

**THE FOURTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**VIOLATION OF CAL. C.C. 1788 et. seq.**

37. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 36 as if fully alleged herein.

38. Counter-defendants have negligently and willfully violated RFDCPA of the State of California.

39. As a direct and proximate cause of their violations, Johnson has suffered general and special damages according to proof at time of trial.

40. Johnson is entitled to recover his actual damages, punitive damages, reasonable costs, and attorney's fees.

**THE FIFTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**BREACH OF CONTRACT**

41. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 40 as if fully alleged herein.

42. CHASE entered into a contract with Johnson.

43. CHASE breached the contract.

44. As result of their breach, Johnson has been damaged according to proof at trial.

45. Johnson is entitled to his actual damage, reasonable costs and attorney's fees.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

**THE SIXTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**BREACH OF THE COVENANT OF FAIR DEALING**

46. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 45 as if fully alleged herein.

47. CHASE has breached the covenant of fair dealing implied in every contract.

48. As result of their breach, Johnson has been damaged according to proof at trial.

49. Johnson is entitled to his actual damage, punitive damages according to proof, and reasonable costs and attorney's fees.

**THE SEVENTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**ABUSE OF PROCESS**

50. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 49 as if fully alleged herein.

51. Counter-defendants, and each of them, abused the process of non-judicial foreclosure to obtain title to the Property by knowingly using a voided deed of trust. Subsequently, they abused the process of court by filing an unlawful detainer action supported by the fraudulent conveyance of title to CHASE.

52. At the time the Counter-defendants conducted the foreclosure sale on the Property with the voided deed of trust, each of them knew that the deed of trust had been voided by operation of law.

53. Counter-defendants, and each of them, abused the process to illegally obtain title to the Property.

54. As a direct and proximate result of their abuse of process, Johnson has been damaged.

55. Because the Counter-defendants intentionally abused the foreclosure process to illegally gain title to the Property, Johnson is entitled to punitive damages.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

**THE EIGHTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**INVASION OF PRIVACY (INTRUSION UPON SECLUSION)**

56. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 55 as if fully alleged herein.

57. Counter-defendants, and each of them, engaged in improper conduct in knowingly and intentionally pursuing Johnson to force payment of the alleged debt.

58. Johnson had a reasonable expectation of privacy in his solitude, seclusion, and/or private concerns or affairs of privacy.

59. Counter-defendants, and each of them, intentionally intruded on Johnson's privacy by repeated harassment and unlawful communications.

60. Counter-defendants, and each of them, intrusions and invasions occurred in such away that would be highly offensive to reasonable persons in that position.

61. As a direct and proximate cause of the Counter-defendants' conduct, Johnson has been damaged.

**THE NINTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**TORT IN SE**

62. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 61 as if fully alleged herein.

63. Counter-defendants, and each of them, engaged in an unlawful course of conduct in violation of TILA, FCRA, FDCPA, RFDCPA, Cal. Bus. & Prof. C. § 17200, Cal. C.C. § 1708, and Cal. C.C. § 43.

64. Counter-defendants, and each of them, are liable to Johnson under the doctrine of tort in se because of their violations of their statutory duties owed to Johnson.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

65. As a direct and proximate result of the Counter-defendants' violations, Johnson has been damaged.

**THE TENTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

66. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 65 as if fully alleged herein.

67. Counter-defendants, and each of them, engaged in wrongful conduct that was an unreasonable, extreme, and/or outrageous invasion of Johnson's mental and emotional tranquility, and/or went beyond all reasonable bounds of decency.

68. Counter-defendants' wrongful conduct was directed at and in the presence of Johnson.

69. As a direct and proximate result of the Counter-defendants' wrongful conduct, Johnson has suffered severe emotional distress and has been otherwise damaged.

**THE ELEVENTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

70. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 69 as if fully alleged herein.

71. Counter-defendants, and each of them, engaged in wrongful conduct that was an unreasonable, extreme, and/or outrageous invasion of Johnson's mental and emotional tranquility, and/or went beyond all reasonable bounds of decency.

72. Johnson suffered serious emotional distress as a direct and proximate result of the Counter-defendants' wrongful conduct.

73. Counter-defendants, and each of them, should have foreseen that their wrongful conduct would cause such distress.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

74. As a direct and proximate result of their wrongful conduct, Johnson has suffered damages.

**THE TWELFTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**VIOLATION OF CAL. BUS. & PROF. CODE § 17200 et. seq.**

75. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 74 as if fully alleged herein.

76. Counter-defendants, and each of them, engaged in wrongful conduct. Their wrongful conducted violated California's Bus. and Prof. Code § 17200 et. seq. which precludes unlawful and unfair business practices.

77. As a direct and proximate result of their violation(s), Johnson has suffered damages.

**THE THIRTEENTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**QUIET TITLE (Cal. Code Civ. Proc. §§ 761.010 et. seq.**

78. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 77 as if fully alleged herein.

79. CHASE wrongly claims an interest in the Property.

80. The Property's legal description is:

> COUNTY OF SAN LUIS OBISPO, STATE OF CALIFORNIA: LOT 37 OF TRACT NO. 1130, ACCORDING TO MAP RECORDED APRIL 4, 1984, IN BOOK 11, AT PAGE 74 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, TOGETHER WITH A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS APPURTENANT TO ABOVE SAID LOT OVER AND ACROSS LOTS S-2 THROUGH 5 AND THE RIGHT TO USE AND ENJOY EACH OF THE ELEMENTS AND FACILITIES UPON COMMON AREA LOTS 145, 150B AND 151 AS SHOWN ON SAID MAP OF TRACT 1130, AND REFERRED TO IN THE DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS TO WHICH REFERENCE IS HEREIN MADE.

A.P.N.:005-394-037

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

81. Johnson claims title to the Property and seeks and order from the Court confirming his title.

82. CHASE claims title to the Property by virtue of a fraudulent foreclosure sale pursuant to a voided deed of trust.

83. A determination is sought as of the filing of this counterclaim.

84. Johnson prays for a determination of his title against the adverse claim.

**THE FOURTEENTH CAUSE OF ACTION**

**(Against CHASE and ZOES 1 through 10)**

**INJUNCTIVE RELIEF**

85. Johnson re-alleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 88 as if fully alleged herein.

86. Counter-defendants', and each of them, negligent, careless, willful, and wrongful conduct is causing, has caused, and will continue to cause Johnson immediate and irreparable harm that requires the court to evoke its equitable power and issue an order protecting Johnson and his parents from further harm caused by the Counter-defendants' wrongful conduct.

87. This immediate and irreparable harm is the Counter-defendants' is the fraudulent foreclosure sale transferring title to CHASE and the wrongful and illegal attempt to evict Johnson and his parents from their home (the Property).

88. Counter-defendants, and each of them, know and are aware that Johnson's December 19, 2008, letter rescinded the Loan and automatically voided the deed of trust on the Property.

89. Johnson and his parents are suffering immediate and actual harm by the Counter-defendants' conduct. Johnson and his elderly parents (80 plus years of age) have been notified that the Counter-defendants fraudulently foreclosed on the Property and were served with an unlawful detainer action on March 21, 2009.

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

90. They continue to suffer severe emotional distress from the Counter-defendants' wrongful and fraudulent conduct. They continue to face the uncertainty of a San Luis Obispo County sheriff forcibly removing them from their home.

91. Johnson requests an order from the court voiding the fraudulent foreclosure sale, terminating the unlawful detainer action, and directing the Counter-defendants to stop all collection during the litigation process.

**PRAYER FOR RELIEF**

Johnson prays for judgment against Counter-defendants, ZOES 1 through 20, and each of them, as follows:

1. For general damages according to proof at trial;
2. For special damages according to proof at trial;
3. For punitive damages in an amount to be determined according to proof at trial;
4. For rescission of the contract;
5. For Restitution;
6. For a determination of Johnson's title against the adverse claim;
7. For injunctive relief;
8. For reasonable attorneys' fees;
9. For costs of suit incurred herein; and
10. For such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Johnson hereby demands a trial by jury on all issues so triable.

DATED: This 24th day of March, 2009.

By: /S/ TORY M. PANKOPF
TORY M. PANKOPF, ESQ.
*Attorney for Counterclaimant*
WES JOHNSON

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263

**VERIFICATION**

STATE OF CALIFORNIA)
: ss.
COUNTY OF SAN LUIS OBISPO)

I, WES JOHNSON, do hereby swear and affirm under penalty of perjury of the laws of the United States of America that the assertions herein contained in this verified complaint are true:

That I am the Plaintiff in the above and foregoing action; that I have read the foregoing ***Verified Counterclaim and Third Party Complaint*** and know the contents thereof; that the same is true of my own knowledge except as to those matters therein contained stated upon information and belief, and as to those matters I, WES JOHNSON, believe them to be true.

Dated: March 24, 2009

/S/ Wes Johnson
**WES JOHNSON**

Law Offices of
Tory M. Pankopf, Ltd.
611 Sierra Rose Drive
Reno, NV 89511
(530) 725-8263